# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 21, 2014

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

      Re: Amanatullah, et al.
          v. Barack H. Obama, President of the United States, et al.
          Application No. 13A1147
          (Your No. 12-5407)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on May 21, 2014, extended the time to and including August 10, 2014.

This letter has been sent to those designated on the attached notification list.

                      Sincerely,

                      Scott S. Harris, Clerk

                      by *[signature]*

                      Jacob C. Travers
                      Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Eric L. Lewis
Lewis Baach PLLC
1899 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20006


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the District of Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001